UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:16-CV-81942-ROSENBERG/BRANNON

COMPULIFE SOFTWARE, INC.,

    Plaintiff,

v.

MOSES NEWMAN *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL, DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, DENYING PLAINTIFF'S MOTION FOR CIVIL SEIZURE ORDER, AND REQUIRING SERVICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

THIS MATTER is before the Court upon Plaintiff's Motion to File Under Seal [DE 4] and Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Motion for Preliminary Injunction, and Motion for Civil Seizure Order, and Memorandum of Law in Support [DE 5]. The Court has carefully considered both filings and is otherwise fully advised in the premises.

Two of the four Defendants named in this case—David Rutstein and Binyomin Rutstein—are also named as Defendants in *Compulife Software, Inc. v. Rutstein, et al.*, 9:16-cv-80808, a case involving similar claims that was filed publicly on May 23, 2016. Because these Defendants are already on notice of Plaintiff's claims in that case, the Court finds that Plaintiff has failed to establish "the factual and legal basis for departing from the policy that Court filings be public" in this case, as required by Local Rule 5.4. Accordingly, it is **ORDERED and ADJUDGED** that Plaintiff's Motion to File Under Seal [DE 4] is **DENIED**.

For the same reasons, Plaintiff has not convinced the Court that a temporary restraining order should be entered without notice to Defendants and an opportunity to respond. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Ex Parte Application for Entry of Temporary Restraining Order [DE 5] is **DENIED**.

For the same reasons, and because several pages of argument relevant to Plaintiff's Motion for Civil Seizure Order are missing, Plaintiff has not convinced the Court that a civil seizure order should be entered. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Civil Seizure Order [DE 5] is **DENIED**.

Plaintiff's Motion for Preliminary Injunction [DE 5] remains pending. Plaintiff shall promptly serve each Defendant with copies of its Verified Complaint [DE 1], its Motion for Preliminary Injunction [DE 5], and this Order, and shall file proof of service with the Court. Following service, the Court will enter an order setting a Status Conference to establish deadlines and schedule a hearing on Plaintiff's Motion for Preliminary Injunction.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 7th day of December, 2016.

Copies furnished to:
Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE