UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:16-cv-81942-RLR

| | |
|---|---|
| COMPULIFE SOFTWARE, INC. <br><br> Plaintiff, <br><br> v. <br><br> BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and JOHN DOES 1 TO 10, <br><br> Defendants. | CASE NO: 9:16-CV-80808-RLR |
| COMPULIFE SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSES NEWMAN, DAVID RUTSTEIN, BINYOMIN RUTSTEIN AND AARON LEVY, <br><br> Defendants. | CASE NO.: 9:16-cv-81942-RLR |

## NOTICE OF NO OBJECTION

Plaintiff Compulife Software Inc., by and through its undersigned counsel, hereby informs the Court that it has no objection to the Final Judgment being amended, pursuant to ECF No. 359 in the '942 matter and pursuant to ECF No. 332 in the '808 matter.

Dated: December 1, 2021                              Respectfully submitted,

                                                                          */s/ Joel B. Rothman*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Compulife Software Inc.*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on December 1, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
Joel B. Rothman

### SERVICE LIST

| | |
|---|---|
| Ms. Allison Friedman<br>Allison L. Friedman, P.A.<br>20533 Biscayne Boulevard<br>Suite 4-435<br>Miami, FL 33180<br>ralfriedman@hotmail.com<br><br>Mr. Michael Gulisano<br>Gulisano Law, PLLC<br>5645 Coral Ridge Drive<br>Suite 207<br>Coral Springs, FL 33076<br>michael@gulisanolaw.com<br>Attorneys for Moses Newman, David Rutstein, Binyomin Rutstein, and Aaron Levy | Mr. Ahmand Johnson<br>Mr. Michael Diaz, Jr.<br>Mr. Zhen Pan<br>Diaz, Reus & Targ, LLP<br>100 S.E. 2nd Street, Suite 3500<br>Miami, FL 33131<br>ajohnson@diazreus.com<br>mdiaz@diazreus.com<br>zpan@diazreus.com<br><br>Attorneys for Binyomin Rutstein Ben |