UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| COMPULIFE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BINYOMIN RUTSTEIN A/K/A BEN RUTSTEIN, DAVID RUTSTEIN A/K/A DAVID GORDON A/K/A BOB GORDON A/K/A NATE GOLDEN AND JOHN DOES 1 TO 10, <br><br> Defendants. | Case No. 9:16-CV-80808-RLR |
| COMPULIFE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSES NEWMAN, DAVID RUTSTEIN, BINYOMIN RUTSTEIN AND AARON LEVY, <br><br> Defendants. | Case No. 9:16-CV-81942-RLR |
| COMPULIFE SOFTWARE INC., <br><br> Garnishor, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Garnishee. | |

**GARNISHEE ZURICH AMERICAN INSURANCE COMPANY'S
ANSWER TO WRIT OF GARNISHMENT**

1

Garnishee Zurich American Insurance Company ("Zurich"), pursuant to Fed. R. Civ. P. 69(a) and Fla. Stat. Ann. § 77.04, hereby answers the Writ of Garnishment issued in the above-captioned matter as follows:

1. On November 29, 2021, pursuant to Fla. Stat. Ann. § 77.01, Plaintiff and Garnishor CompuLife Software, Inc. ("Compulife") served Zurich with a post-judgment Writ of Garnishment ("Writ").

2. At the time of service of the Writ, at the time of Zurich's answer to the Writ ("Zurich's Answer"), and at all times between service of the Writ and Zurich's Answer, Zurich was not indebted to Defendant Binyomin Rutstein ("Rutstein") or any other defendant in the above-captioned matter.

3. At the time of service of the Writ, at the time of Zurich's Answer, and at all times between service of the Writ and Zurich's Answer, Zurich was not in possession or control of any tangible or intangible personal property of Rutstein or any other defendant in the above-captioned matter.

4. Zurich is not aware of any person indebted to Rutstein or any other defendant in the above-captioned matter.

5. Zurich is not aware of any person in possession or control of any property of Rutstein or any property of any other defendant in the above-captioned matter.

6. By way of further response, Zurich states Life Insurance Agents Errors and Omissions Liability Policy No. EOC 5401348-13, issued to The Agents of the Independent Order of Foresters, Members of the Financial Sales Professional Purchasing Group as the named insured for the policy period February 1, 2016 to February 1, 2017, does not afford coverage to Rutstein—

or any other defendant in the above-captioned matter—for the final judgment in this matter entered on October 20, 2021.

7. Pursuant to Fla. Stat. Ann. § 77.28 and Local Rule 67.1(c), having fully answered the Writ served upon it, Zurich demands payment of its costs and expenses in connection with responding to the Writ, including reasonable attorneys' fees and costs.

WHEREFORE, Garnishee Zurich American Insurance Company respectfully requests: (1) entry of an order by the Court, pursuant to Fla. Stat. Ann. § 77.061, discharging Zurich from any further obligations and liability relating to the Writ; (2) entry of an order by the Court, pursuant to Fla. Stat. Ann. § 77.28, directing payment by Compulife to Zurich of the statutory garnishment fee of $100.00, by check made payable to Kutak Rock LLP and mailed to undersigned counsel; and (3) such additional relief as the Court shall deem appropriate in the circumstances.

Dated: December 16, 2021.

Respectfully Submitted,

**KUTAK ROCK LLP**

*/s/ Caleb S. Sugg*
Caleb S. Sugg, Florida Bar No. 1010882
234 East Millsap Road, Suite 200
Fayetteville, Arkansas 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
Email: Caleb.Sugg@KutakRock.com

*Attorneys for Garnishee Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2021, I electronically filed the foregoing Garnishee Zurich American Insurance Company's Answer to Writ of Garnishment with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record, including the following:

Joel B. Rothman, Esq.
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, FL  33433
Email: joel.rothman@sriplaw.com

*Attorneys for Plaintiff and Judgment Creditor Compulife Software, Inc.*

                                                */s/ Caleb S. Sugg*
                                                Caleb S. Sugg