# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| COMPULIFE SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and JOHN DOES 1 TO 10,<br><br>Defendants. | CASE NO: 9:16-CV-80808-RLR |
| COMPULIFE SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOSES NEWMAN, DAVID RUTSTEIN, BINYOMIN RUTSTEIN AND AARON LEVY,<br><br>Defendants. | CASE NO.: 9:16-cv-81942-RLR |
| COMPULIFE SOFTWARE INC.,<br><br>         Garnishor,<br><br>v.<br><br>SAVAGE FINANCIAL GROUP, INC.<br>6401 Congress Avenue<br>Suite 205<br>Boca Raton, FL 33487-2757,<br><br>Garnishee. | |

## **REPLY TO ANSWER TO WRIT OF GARNISHMENT**

TO:    SAVAGE FINANCIAL GROUP, INC.

      6401 Congress Avenue
Suite 205
Boca Raton, FL 33487-2757

GARNISHOR, COMPULIFE SOFTWARE, INC. ("Compulife"), by and through the undersigned counsel, replies to the answer to writ of garnishment ("Answer to Writ") filed by garnishee herein as follows:

1.     Compulife denies the allegations in the Answer to Writ that Garnishee is not indebted to defendants.

2.     Compulife affirmatively alleges that Savage Financial Group, Inc. is in possession of effects, goods, money or chattels of Defendants.

3.     Compulife objects to the dissolution of the Writ and requests that the matter be set down for an immediate hearing.

4.     Compulife demands judgment against the Garnishee for the full amount of the Judgment until the judgment is paid in full.

Dated: December 20, 2021                     Respectfully submitted,

                                              */s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Compulife Software Inc.*

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on December 20, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System or directly by electronic mail to all parties listed below on the Service List.

                                                 */s/Joel B. Rothman*
                                                 Joel B. Rothman

## SERVICE LIST

Ms. Allison Friedman
Allison L. Friedman, P.A.
20533 Biscayne Boulevard
Suite 4-435
Miami, FL 33180
ralfriedman@hotmail.com

Attorney for Moses Newman, David Rutstein David Gordon, Bob Gordon and Aaron Levy and Binyomin Rutstein

Mr. Ahmand Johnson
Mr. Michael Diaz, Jr.
Mr. Zhen Pan
Diaz, Reus & Targ, LLP
100 S.E. 2nd Street
Suite 3500
Miami, FL 33131
ajohnson@diazreus.com
mdiaz@diazreus.com
zpan@diazreus.com

Attorneys for Binyomin Rutstein

Mr. Michael Gulisano
Gulisano Law, PLLC
5645 Coral Ridge Drive
Suite 207
Coral Springs, FL 33076
michael@gulisanolaw.com

Attorneys for Binyomin Rutstein

Mr. Eric Savage
Savage Financial Group, Inc.
6401 Congress Avenue
Boca Raton, FL 33487
Ess6546@aol.com

Via Email and US Mail